JS-6

Dayton B. Parcells III, State Bar No. 127495
DBParcells@Parcellslaw.com
PARCELLS LAW FIRM
1901 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone:(310) 201-9882
Facsimile:  (310) 201-9855

Attorneys for Plaintiff,
R.F.F. FAMILY PARTNERSHIP, LP

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F.F. FAMILY PARTNERSHIP, LP, | Case No. **CV 08-06747 GAF (CTx)** |
| PLAINTIFF, | *Judge Gary A. Feess* |
| vs. | [~~PROPOSED~~] **JUDGMENT** |
| SIMIE FEIN, AN INDIVIDUAL; AND FEIN BROS., INC., A WISCONSIN CORPORATION, | TRIAL DATE: Sept. 8, 2009<br>TIME: 8:30 a.m. |
| DEFENDANTS. | COURTROOM: 740 |

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff R.F.F. Family Partnership, LP have and recover from Defendants Simie Fien and Fein Bros., Inc., jointly and severally, the sum of $3,464,892.12, with interest thereon at the rate of 10 percent (10%) per annum from the date of this judgment until paid, together with costs and attorney's fees amounting to the sum of $17,140, for the total sum of $3,482,032.12, and Defendant Fein Bros., Inc.'s accounts, inventory, and equipment be sold at a public sale by

1  the proper judicial officer to foreclose all of Defendant Fein Bros., Inc.'s rights
2  therein with the proceeds thereof to be applied to the satisfaction of this
3  judgment.
4  Dated: September 28, 2009

*[signature]*

Gary A. Feess
United States District Judge

12  APPROVED AS TO FORM AND CONTENT:
13  Dated: September 2, 2009         PARCELLS LAW FIRM

By: *[signature]*
___ B. Parcells III
Attorneys for Plaintiff,
R.F.F. FAMILY PARTNERSHIP, LP

18  Dated: September 23, 2009        COOKSEY, TOOLEN, GAGE,
                                     DUFFY & WOOG

By: *[signature]*
David R. Cooksey
Attorneys for Defendants,
SIMIE FEIN and FEIN BROS., INC.